AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| Paul J. Murphy | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv- |
| NSL Country Gardens, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Paul J. Murphy, Acting Regional Director, National Labor Relations Board, Region 01

Date: 01/22/2019

*Attorney's signature*

Catherine A. Terrell, Ohio Bar #86542
*Printed name and bar number*

National Labor Relations Board
Thomas P. O'Neill, Jr. Federal Building
10 Causeway Street, 6th Floor
Boston, MA 0222-1072
*Address*

catherine.terrell@nlrb.gov
*E-mail address*

(857) 317-7794
*Telephone number*

(617) 565-6725
*FAX number*